IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE PRATER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 11-CV-00667 |
| Defendants. | : | |

## ORDER

AND NOW, this **this 7** day of **September 2012**, upon consideration of Plaintiff Wayne Prater's Motion in Limine (doc. 43), and the response of Defendants Edward Solvibile and Joseph Walsh, it is **ORDERED**:

1. Defendants may reference that Plaintiff's convictions of multiple felonies and first and second degree misdemeanors in March 2010 and June 2012 without stating the number of convictions or further exploring the nature of those convictions, except the June 2012 resisting arrest conviction. Defendants are precluded from referencing any of Plaintiff's other convictions.

2. Defendants are precluded from referring to Plaintiff's prior arrests and bad acts.

3. Defendants are preluded from referring to Plaintiff's current incarceration unless Plaintiff makes his current incarceration an issue in the case.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge